UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM MCGURK,<br><br>    Plaintiff,<br>v.<br><br>UNITED FINANCIAL BANCORP, INC., WILLIAM H. W. CRAWFORD IV, ROBERT A. STEWART JR., RAYMOND H. LEFURGE JR., MICHAEL A. BARS, MICHAEL F. CROWLEY, KRISTEN A. JOHNSON, KEVIN E. ROSS, and PAULA A. AIELLO,<br><br>    Defendants. | Case No.: 19-cv-08462<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot.  This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 29, 2019

Respectfully submitted,

**GAINEY McKENNA & EGLESTON**

*/s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South
New York, NY  10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: egleston@gme-law.com

*Attorneys for Plaintiff*